In the Matter of MARVIN POLLACK, Appellant. STATE OF NEW YORK et al., Respondents.

Submitted June 14, 2010; decided August 31, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of GAIL PRICE, Appellant, v SOUTHWEST AIRLINES, INC., Respondent.

Submitted June 14, 2010; decided August 31, 2010

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 858 (2010)].

In the Matter of the Estate of CAROLYN H. RENZI, Deceased. PHYLLIS CAMPANILE NICOLELLA, as Executor of CAROLYN H. RENZI, Deceased, Respondent; THOMAS F. CAMPANILE JR., Appellant.

Submitted June 14, 2010; decided August 31, 2010

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 708 (2010)]. Motion for poor person relief dismissed as academic.